STATE OF NEW JERSEY v. DONALD W. PARKS.

October 25, 1982.

Petition for certification denied.

IN THE MATTER OF EGG HARBOR ASSOCIATES (BAYSHORE CENTRE) IMPOSITION OF CONDITIONS OF COASTAL AREA FACILITY PERMIT #CA–79–0231–5.

October 25, 1982.

Petition for certification granted. (See 185 *N.J.Super.* 507)

CARMELLA BOSCAINO v. CITY OF NEWARK.

October 25, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN E. TRUITT.

October 25, 1982.

Petition for certification denied.